*WO*

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Roberto Molina-Garcilaso,               )<br>                                        )<br>                                        )<br>                                        )<br>                                        )<br>            Petitioner,   )<br>                                        )<br>    vs.                                 )<br>                                        )<br>United States of America      )<br>                                        )<br>                                        )<br>            Respondent.  )<br>_____ ) | JUDGMENT IN A CIVIL CASE<br><br>Case   CV-05-00565-TUC-FRZ<br>            CR-05-00316-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #19 in CR-05-316-TUC-FRZ) is **DENIED** and this case (CV-05-565-TUC-FRZ) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SERVE** a copy of the Motion and this Order on Respondent and **SHALL SERVE** a copy of this Order on Petitioner.

  September 27, 2005             RICHARD H. WEARE
Date                                         CLERK


                                                    /S/ M.  Michelle Mejia
                                                       Deputy Clerk


Copies to: J/B, FRZ, all counsel